**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 01-7491**

---

DOSSIE FAISON, JR.,

Plaintiff - Appellant,

versus

SERGEANT DAMRON; J. ARMONTROUT; P. TRUE; R. A.
YOUNG; H. BOLLING, Nurse; D. JONES, Mental
Health Professional,

Defendants - Appellees.

---

Appeal from the United States District Court for the Western
District of Virginia, at Roanoke.  Samuel G. Wilson, Chief District
Judge.  (CA-00-739-7)

---

Submitted:  January 17, 2002          Decided:  January 29, 2002

---

Before WILKINS and KING, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

---

Dismissed by unpublished per curiam opinion.

---

Dossie Faison, Jr., Appellant Pro Se.  William W. Muse, Assistant
Attorney General, Richmond, Virginia; Coreen Antoinette Bromfield,
RAWLS & MCNELIS, P.C., Richmond, Virginia, for Appellees.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Dossie Faison, Jr., appeals the district court's order granting the motion to dismiss of one of the Defendants to Faison's civil action under 42 U.S.C.A. § 1983 (West Supp. 2001). We dismiss the appeal for lack of jurisdiction because the order is not appealable. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (1994), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (1994); Fed. R. Civ. P. 54(b); Cohen v. Beneficial Indus. Loan Corp., 337 U.S. 541 (1949). The order here appealed is neither a final order nor an appealable interlocutory or collateral order.

We dismiss the appeal as interlocutory. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2